UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DIANE & SYLVESTER HIXSON,<br><br>Debtors. | Chapter 13<br><br>Case No.: 09-22939 |
| DIANE & SYLVESTER HIXSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA LOAN SERVICES, LLC,<br><br>Defendant. | Adv. Proc. No.: 09-08279 |

**AFFIDAVIT**

I, Hannah Lindsay, being first duly sworn and placed under oath, state that if called as a witness in this cause, I would competently testify to the following of my own personal knowledge:

1. I am a resident of the State of Illinois. I am over the age of twenty-one and have not been convicted of a felony or a crime involving moral turpitude.

2. At all relevant times, I was an employee of Kahrl Wutscher LLP ("Kahrl Wutscher"), a law firm located at 105 West Madison Street, Suite 2100 in Chicago, Illinois.

3. My duties for Kahrl Wutscher included maintaining the communications and litigation records of the firm, and the copying and mailing of communications drafted by Kahrl Wutscher attorneys on behalf of clients.

4. On or around June 17, 2009, Aurora Loan Services, LLC ("Aurora") referred to

Kahrl Wutscher a purported "Qualified Written Request" pertaining to Aurora loan number 0033475880 that was submitted by Joshua N. Bleichman, an attorney with the law firm of Bleichman & Klein, on behalf of Sylvester & Diane Hixson (the "Request"). A copy of the Request is attached as Exhibit A.

5. On July 1, 2009, I personally mailed, by first class mail, to the address of Bleichman & Klein, 268 Route 59 West, Spring Valley, NY 10977, a copy of a response to the Request drafted by a Kahrl Wutscher attorney. A copy of the response is attached as Exhibit B.

6. I included in the envelope with the response electronic copies of the following additional documents relating to Aurora loan number 0033475880:

   a) Loan history,

   b) Payoff statement,

   c) Various loan origination documents, including but not limited to a copy of the Note, Uniform Residential Loan Application loan application (1003), ARM Disclosure, Escrow Disclosure, Flood Insurance Certification, Proof of Hazard Insurance, HUD-1 Settlement Statement, and Title Policy.

7. All of these documents were mailed with the response to the Request on July 24, 2009.

AFFIANT STATES NOTHING MORE.

_____
Hannah Lindsay
Administrative Assistant
**Kahrl Wutscher LLP**

Subscribed and sworn to
before me this 18th day of
October, 2010.

_____
Notary Public
My commission expires: 6/11/14

OFFICIAL SEAL
SUSAN K. OLIVER
Notary Public - State of Illinois
My Commission Expires Jun 11, 2014

2